## EDWARDS v WASHINGTON COUNTY COMMISSIONERS

Ohio Appeals, 4th Dist, Washington Co
Decided March 12, 1930

Strecker and Williamson, Marietta, for Edwards.
Frederick C. Myers, Prosecuting Attorney, Marietta, for Commissioners.

The judgment is affirmed.

Mauck and Blosser, JJ. concur.